## DECLARATION

I, Michael Dolan hereby verify that I serve as the Research and Mediation Manager at Wells Fargo Bank, N.A., and I am authorized to make this Declaration on its behalf in support of this Notice of Removal. The following statements are true and corrected based upon my personal knowledge and review of Plaintiffs' Complaint:

1. Wells Fargo is headquartered and has its main office located in Sioux Falls, South Dakota.

2. The average annual premium for force-placed hazard insurance assessed by Wells Fargo for New Jersey properties was $2,211.52 from 2011 to 2012.

3. Given the Complaint's allegation of a statewide class and the relief allegedly sought, the aggregate alleged amount in controversy in this putative statewide class action exceeds $5,000,000 exclusive of interest and costs.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed on April ___, 2013.

_____