UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARK S. GURALNICK, et al., | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civil Action No. 13-2161 |
| v. | : | ORDER |
| WELLS FARGO & CO., et al., | : | |
| Defendants. | : | |

This matter having come before the Court on Motion of Defendants to Dismiss the Complaint; and

Plaintiffs having failed to file an opposition to the motion; and

The Court therefore having issued an Order to Show Cause why the Defendants' motion should not be considered unopposed; and

Plaintiffs having represented to the Court by Affidavit that certain communications between the parties have "obviate[d] the need for further litigation, and Plaintiffs are now willing to terminate this litigation under all of the circumstances," (Guralnick Aff., ¶ 7); and

Plaintiffs further having represented that they "are now prepared to dismiss this litigation voluntarily," (Guralnick Aff., ¶ 8), and that they "consent to the dismissal of Plaintiffs' Complaint," (Guralnick Aff., ¶ 9),

IT IS ORDERED this 12th day of June, 2013 that Defendants' Motion to Dismiss the Complaint [8] is hereby <u>GRANTED</u>.

/s/ Joseph H. Rodriguez
JOSEPH H. RODRIGUEZ
U.S.D.J.